# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLIN
# CHARLOTTE DIVISION

| | |
|---|---|
| TC ARROWPOINT, L.P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:05CV267-H |
| CHOATE CONSTRUCTION COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING ADMISSION PRO HAC VICE

The Movant, Nicole Lynn Kobrine, having satisfied the requirements of Rule 83.1 of the Rules of the United States District Court for the Western District of North Carolina, is hereby admitted to appear *pro hac vice* in this case as counsel for Plaintiff, TC Arrowpooint, L.P.

This the 6th day of September, 2005.

*Carl Horn, III*
**CARL HORN, III**
**U.S. Magistrate Judge**