

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| TC ARROWPOINT, L.P., )<br>)<br>Plaintiff, )<br>)<br>Vs )<br>)<br>CHOATE CONSTRUCTION COMPANY, )<br>)<br>Defendant. )<br>)<br>) | Case No. 3:05CV267-K |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The Movant, S. Scott Morrison, having satisfied the requirements of Rule 83.1 of the Rules of the United States District Court for the Western District of North Carolina, is hereby admitted to appear *pro hac vice* in this case as counsel for Plaintiff, TC Arrowpoint, L.P.

This the 6th day of September, 2005.

_____
United States District Court Judge Presiding