RECEIVED
CHARLOTTE, N.C.
SEP 0 9 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No: 3:05CV267-K

TC ARROWPOINT, L.P.,

    Plaintiff,

v.

CHOATE CONSTRUCTION COMPANY,

    Defendant.

ORDER

THE COURT, having considered Defendant's Motion to Establish Procedure for Filing Portions of the Arbitration Record, finds said Motion well-taken and good cause is shown to grant the relief requested.

**NOW THEREFORE it is ADJUDGED, DECREED and ORDERED as follows:**

Neither Plaintiff nor Defendant is required to file the entire arbitration record or any specific portion of the arbitration record. Instead, Plaintiff and Defendant each shall file those portions of the arbitration record which it deems necessary and appropriate. Plaintiff and/or Defendant shall also file any additional portions of the arbitration record requested by the Court.

This 16th day of September, 2005.

*Carl Horn, III*
The Honorable Carl Horn, III
~~Chief~~ United States Magistrate Judge